AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LORENZO MORENO,

        Plaintiff,

v.

UNITED STATES GOVERNMENT,

        Defendant.

JUDGMENT

Case Number:   3:23-cv-00413-ART-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint (ECF No. 1-1) is dismissed with prejudice.

**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date:   October 10, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk